Form 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-02790 -MB | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | RUSSOTTO, MICHAEL DAMON | Bank Name: | BANK OF AMERICA |
| | RUSSOTTO, CYNTHIA ANN | Account Number / CD #: | *******1067  MONEY MARKET |
| Taxpayer ID No: | *******6344 | | |
| For Period Ending: | 09/13/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/07 | 1 | Michael D. Russotto<br>Cynthia A. Russotto<br>1841 Matthews Ct.<br>Batavia, IL 60510 | Settlement pursuant to Order<br>entered 1/25/06 | 1110-000 | 7,500.00 | | 7,500.00 |
| 02/28/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 4.30 | | 7,504.30 |
| 03/30/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.37 | | 7,510.67 |
| 04/30/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.18 | | 7,516.85 |
| 05/31/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.38 | | 7,523.23 |
| 06/29/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.18 | | 7,529.41 |
| 07/31/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.40 | | 7,535.81 |
| 08/31/07 | 17 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.40 | | 7,542.21 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,542.21 | 0.00 | 7,542.21 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,542.21 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,542.21 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********1067 | 7,542.21 | 0.00 | 7,542.21 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,542.21 | 0.00 | 7,542.21 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     7,542.21     0.00

Ver: 12.10a

LFORM24