UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RUSSOTTO, MICHAEL DAMON | ) | CASE NO. 06-02790-MB |
| RUSSOTTO, CYNTHIA ANN | ) | |
| Debtors. | ) | Hon. Manuel Barbosa |

**ORDER AWARDING TRUSTEE ATTORNEY COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of

fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the compensation and expenses for the Attorney for the

Trustee are allowed as follows;

| | | |
|---|---|---|
| 1. | Attorney for Trustee compensation | $1,750.50 |
| 2. | Attorney for Trustee expenses | $0.00 |

**TOTAL     $1,750.50**

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed

above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED:     _____
                    Honorable Manuel Barbosa
                    United States Bankruptcy Judge