## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| MICHAEL DAMON RUSSOTTO and | ) | Case No.: 06-02790 |
| CYNTHIA ANN RUSSOTTO, | ) | |
| | ) | Judge: Hon. Manuel Barbosa |
| Debtors. | ) | |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
### AS REALTOR TO THE CHAPTER 7 TRUSTEE

**NOW COMES** Thomas E. Springer, Trustee (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred for JIM LE DUC, as Realtor to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

1. On March 20, 2006, the Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. On May 18, 2006 an Order was entered authorizing the employment of Applicant to serve as the Realtor for the Trustee.  Applicant has not received any compensation or reimbursement of expenses in this matter.

3. Applicant requests $600.00 in compensation for services performed related to the market analysis and report of real estate located at 1841 Matthews Court, Batavia, Illinois and no request for reimbursement of actual expenses.

4. Attached at Exhibit F-3 is a Statement of the services rendered.

5. Applicant is not requesting the reimbursement of any expenses incurred.

6. Based on the nature and value of services performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to the Estate with respect to matters in which Applicant was employed.

### EXHIBIT F-2

**WHEREFORE,** Applicant, Jim LeDuc, respectfully requests that he be awarded reasonable compensation in the amount of $600.00 for realtor's services rendered in this case.

          Respectfully Submitted,
          Thomas E. Springer, Trustee

          BY: Springer, Brown, Covey, Gaertner & Davis, LLC


          By:   /s/ Thomas E. Springer
                Thomas E. Springer
                Attorney to the Trustee


Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
 (630) 510-0000