UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| RUSSOTTO, MICHAEL DAMON | ) | CASE NO.  06-02790 |
| RUSSOTTO, CYNTHIA ANN | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE MANUEL BARBOSA |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** Thomas Springer, Esq.
400 South County Farm Road
Suite 330
Wheaton, IL   60187
Registrant's  e-mail: tspringer@springerbrown.com

    **Please Take Notice** that on September 13, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

    Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

    WILLIAM T. NEARY
    UNITED STATES TRUSTEE

DATED:    September 13, 2007          BY:    /s/ Dean Harvalis
    Dean Harvalis, Attorney
    OFFICE OF THE U.S. TRUSTEE
    227 WEST MONROE, SUITE 3350
    CHICAGO, ILLINOIS  60606
    (312) 886-5783

**CERTIFICATE OF SERVICE**

    I, Dean Harvalis, Attorney for U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on  September 13, 2007.

    /s/ Dean Harvalis