UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RUSSOTTO, MICHAEL DAMON | ) | CASE NO. 06-02790-MB |
| RUSSOTTO, CYNTHIA ANN | ) | |
| Debtors. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On:  **OCOTBER 18, 2007**          Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                  $7,542.21

    Disbursements                                                                         $0.00

    Net Cash Available for Distribution                                        $7,542.21

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $1,504.22 | $0.00 |
| THOMAS E. SPRINGER, Attorney for Trustee | $0.00 | $1,750.50 | $0.00 |
| JIM LEDUC, Realtor for Trustee | $0.00 | $600.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $99,813.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.69% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Discover Bank/Discover Financial Se | $16,645.95 | $614.96 |
| 3 | Discover Bank/Discover Financial Se | $8,672.29 | $320.39 |
| 4 | Chase Bank USA, N.A. | $759.88 | $28.07 |
| 6 | First Northern Credit Union | $8,186.27 | $302.43 |
| 7 | Target National Bank | $558.52 | $20.64 |
| 8 | Kohl's Department Store | $1,110.50 | $41.03 |
| 9 | Recovery Management Systems Corpora | $2,584.83 | $95.49 |
| 10 | Citibank, NA | $8,779.40 | $324.34 |
| 11 | eCAST Settlement Corporation | $8,374.11 | $309.37 |
| 12 | Citibank South Dakota NA | $435.85 | $16.10 |
| 13 | Citibank USA, NA | $1,656.56 | $61.20 |
| 14 | MBNA America Bank N A | $42,049.73 | $1,553.47 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

Dated: **September 18, 2007**                             For the Court,

                                                    By:   **KENNETH S. GARDNER**
                                                          Kenneth S. Gardner
                                                          Clerk of the U.S. Bankruptcy Court
                                                          219 S. Dearborn Street; 7th Floor
                                                          Chicago, IL 60604

| | |
|---|---|
| Trustee: | Thomas E. Springer |
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2            Date Rcvd: Sep 18, 2007
Case: 06-02790                Form ID: pdf002             Total Served: 40

The following entities were served by first class mail on Sep 20, 2007.
db          +Michael Damon Russotto,    1841 Matthews Court,    Batavia, IL 60510-8360
jdb         +Cynthia Ann Russotto,    1841 Matthews Court,    Batavia, IL 60510-8360
aty         +Alex Wilson,    Law Offices of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
              Chicago, IL 60603-5920
aty         +Springer, Brown, Covey, Gaertner & Davis LLC,    Springer, Brown, Covey, Gaertner & Davis,
              232 South Batavia Ave,    Batavia, IL 60510-3169
aty         +Thomas E. Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
tr          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
10651302    +CPU/Citibank CBS,    Attn: Bankruptcy Dept.,    P.O. Box 6003,    Hagerstown, MD 21747-6003
10651299    +Chase,    Attn: Bankruptcy Dept.,    P.O. Box 9001008,    Shared Firm Zip, KY 40290-1008
10762557    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10651304    +Chase One Card,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10855476     Citibank South Dakota NA,    Assoc Conoco Payment Center,    4740 121st Street,
              Urbandale, IA 50323-2402
10651305    +Citibank USA, NA,    DBA: The Home Depot,    Pob 9025,    Des Moines IA 50368-9025
10651310    +Citibank, NA,    Citimortgage/ChKgt,    1000 Technology Dr., MS 504,    St. Charles MO 63368-2240
10651292    +First Northern C.U.,    Attn: Bankruptcy Dept.,    P.O. Box 77044,    Madison, WI 53707-1044
10763244    +First Northern Credit Union,    Creditors Resource Service,    1807 W. Diehl Rd.,
              Naperville, IL 60563-1890
10651303    +Ford Mortor Credit,    Attn: Bankruptcy Dept.,    P.O. Box 542000,    Omaha, NE 68154-8000
10664129     Ford Motor Credit,    PO Box 537901,    Livonia, MI 48153-7901
10651307    +GEMB/Old Navy,    Attn: Bankruptcy Dept.,    P.O. Box 530942,    Atlanta, GA 30353-0942
10651293    +GMAC,    Attn: Bankruptcy Dept.,    P.O. Box 217060,    Auburn Hills, MI 48321-7060
10842591     Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
10651308    +Household Finance/Beneficial,    Attn: Bankruptcy Dept.,    1421 Kristina Way,
              Chesapeake, VA 23320-8917
10651300    +Kohl's,    Attn: Bankruptcy Dept.,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10766875    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10651295    +MBNA,    Attn: Bankruptcy Dept.,    P.O. Box 15137,    Wilmington, DE 19886-5137
10651314     MBNA America,    Attn: Bankrutpcy Department,    PO Box 15102,    Wilmington, DE 19886-5102
10873637    +MBNA America Bank N A,    Mailstop DES-014-02-03,    P O Box 15168,    Wilmington, DE 19850-5168
10651312    +Norwest Financial,    Attn: Bankruptcy Dept.,    1248 N. Lake St,    Aurora, IL 60506-2453
10651309    +Office Depot,    Attn: Bankruptcy Dept.,    P.O. Box 689120,    Des Moines, IA 50368-9120
10651311    +Pitney Bowes.,    Attn: Bankruptcy Dept.,    P.O. Box 856042,    Louisville, KY 40285-6042
10777796    +Recovery Management Systems Corporation,    For GE Money Bank,    dba THE GAP,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10651296    +Sam's Club,    Attn: Bankruptcy Dept.,    2601 NW Expressway,    Suite 1000,
              Oklahoma City, OK 73112-7272
10651301    +Target,    Attn: Bankruptcy Dept.,    P.O. Box 59231,    Minneapolis, MN 55459-0231
10765594    +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10651313   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    Attn: Bankruptcy Dept.,    6565 Brady St,
              Davenport, IA 52806)
10651298    +Washington Mutual,    Attn: Bankruptcy Dept.,    P.O. Box 9001879,    Shared Firm Zip, KY 40290-1879
10651315    +Wells Fargo,    Bankruptcy Department,    PO Box 98798,    Las Vegas, NV 89193-8798
11102856     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Sep 19, 2007.
10748109     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 19 2007 04:19:54
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
10651306     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 19 2007 04:19:54      Discover Card,
              Attn: Bankruptcy Dept.,    P.O. Box 15316,    Wilmington, DE 19850
10651294     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 19 2007 04:19:54      Discover Card,
              Attn: Bankruptcy Dept.,    P.O. Box 7086,    Dover, DE 19903
10651295    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 19 2007 04:15:21      MBNA,
              Attn: Bankruptcy Dept.,    P.O. Box 15137,    Wilmington, DE 19886-5137
10651314     E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 19 2007 04:15:13      MBNA America,
              Attn: Bankrutpcy Department,    PO Box 15102,    Wilmington, DE 19886-5102
10873637    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 19 2007 04:15:12
              MBNA America Bank N A,    Mailstop DES-014-02-03,    P O Box 15168,    Wilmington, DE 19850-5168
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10651297     CAC Financial Corporation,    Bankruptcy Department,    ,
aty*        +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Sep 18, 2007
Case: 06-02790                 Form ID: pdf002          Total Served: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2007**            **Signature:** _/s/ Joseph Speetjens_