UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 CASE |
| RUSSOTTO, MICHAEL DAMON | ) | |
| RUSSOTTO, CYNTHIA ANN | ) | |
| | ) | CASE NO. 06-02790-MB |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:     THE HONORABLE Manuel Barbosa
        BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


 March 18, 2008                              /s/ Thomas E. Springer /s/
DATE                                        THOMAS E. SPRINGER, TRUSTEE